**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−29877−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joan Y. Yi
   138 Finch Road
   Ringwood, NJ 07456

Social Security No.:
   xxx−xx−0232

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/10/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 10, 2016
JJW: clb

                                                                                James J. Waldron
                                                                                Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 16-29877-RG
Joan Y. Yi                                                     Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0312-2      User: admin                  Page 1 of 2         Date Rcvd: Nov 10, 2016
                          Form ID: 148                 Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2016.
db             +Joan Y. Yi,    138 Finch Road,    Ringwood, NJ 07456-2426
516451187      +CHASE MTG,    PO BOX 24696,    COLUMBUS, OH 43224-0696
516451188      +CITIBANK SEARS,    CITICORP CREDIT SRVS/CENTRALIZED BANKRUP,    PO BOX 790040,
                 SAINT LOUIS, MO 63179-0040
516451189      +CITIBANK/BEST BUY,    CENTRALIZED BANKRUPTCY/CITICORP CREDIT S,    PO BOX 790040,
                 ST LOUIS, MO 63179-0040
516451190      +CITIBANK/SEARS,    CITICARD CREDIT SRVS/CENTRALIZED BANKRUP,    PO BOX 790040,
                 SAINT LOUIS, MO 63179-0040
516451191      +CITIBANK/THE HOME DEPOT,    CITICORP CREDIT SRVS/CENTRALIZED BANKRUP,    PO BOX 790040,
                 SAINT LOUIS, MO 63179-0040
516466935       JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI 48308-0730
516451198      +KOHLS/CAPITAL ONE,    PO BOX 9500,    WILKS-BARR, PA 18773-9500
516451199      +KUBOTA CREDIT CORP,    1025 NORTHBROOK PARKWAY,    SUWANNEE, GA 30024-2967
516451201      +NATIONSTAR MORTGAGE LLC,    8950 CYPRESS WATERS BLVD,    COPPELL, TX 75019-4620
516451202      +PNC BANK, N.A.,    1 FINANCIAL PKWY,    KALAMAZOO, MI 49009-8002
516451208      +VALLEY NATIONAL BANK M,    1460 VALLEY RD,    WAYNE, NJ 07470-8494
516451209      +WASHINGTON MUTUAL MORTGAGE/ CHASE,    ATTN: OH4-7126,    3415 VISION DR.,
                 COLUMBUS, OH 43219-6009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 10 2016 22:59:05      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 10 2016 22:59:04      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516451174       EDI: HNDA.COM Nov 10 2016 22:33:00      AMERICAN HONDA FINANCE,    PO BOX 168088,
                 IRVING, TX 75016
516451176      +EDI: BANKAMER.COM Nov 10 2016 22:33:00      BANK OF AMERICA,    NC4-105-03-14,    PO BOX 26012,
                 GREENSBORO, NC 27420-6012
516451179      +EDI: TSYS2.COM Nov 10 2016 22:33:00      BARCLAYS BANK DELAWARE,    PO BOX 8801,
                 WILMINGTON, DE 19899-8801
516451181      +EDI: CAUT.COM Nov 10 2016 22:33:00      CHASE AUTO FINANCE,    NATIONAL BANKRUPTCY DEPT,
                 201 N CENTRAL AVE MS AZ1-1191,    PHOENIX, AZ 85004-1071
516451182      +EDI: CHASE.COM Nov 10 2016 22:33:00      CHASE BANK,    ATTN: BANKRUPTCY,    PO BOX 15298,
                 WILMINGTON, DE 19850-5298
516451184      +EDI: CHASE.COM Nov 10 2016 22:33:00      CHASE CARD SERVICES,    ATTN: CORRESPONDENCE DEPT,
                 PO BOX 15298,    WILMINGOTN, DE 19850-5298
516451185      +EDI: CHASE.COM Nov 10 2016 22:33:00      CHASE CARD SERVICES,    ATTN: CORRESPONDENCE DEPT,
                 PO BOX 15298,    WILMINGTON, DE 19850-5298
516451186      +EDI: CHASE.COM Nov 10 2016 22:33:00      CHASE CRAD SERVICES,    PO BOX 15298,
                 WILMINGTON, DE 19850-5298
516451192      +EDI: WFNNB.COM Nov 10 2016 22:33:00      COMENITY BANK/ANN TAYLOR,    PO BOX 182125,
                 COLUMBUS, OH 43218-2125
516451193      +EDI: WFNNB.COM Nov 10 2016 22:33:00      COMENITY BANK/EXPRESS,    PO BOX 182789,
                 COLUMBUS, OH 43218-2789
516451194      +EDI: WFNNB.COM Nov 10 2016 22:33:00      COMENITY BANK/SHARPER IMAGE,    PO BOX 182125,
                 COLUMBUS, OH 43218-2125
516451195      +EDI: HFC.COM Nov 10 2016 22:33:00      HSBC/SAKS,    ATTENTION: HSBC RETAIL SERVICES,
                 PO BOX 5264,    CAROL STREAM, IL 60197-5264
516451196      +EDI: HY11.COM Nov 10 2016 22:34:00      HYUNDAI MOTOR FINANCE,    ATTN: BANKRUPTCY,
                 PO BOX 20809,    FOUNTAIN CITY, CA 92728-0809
516462132      +EDI: HY11.COM Nov 10 2016 22:34:00      Hyundai Lease Titling Trust,    PO Box 20809,
                 Fountain Valley, CA 92728-0809
516451200      +E-mail/Text: csd1clientservices@cboflanc.com Nov 10 2016 22:59:38      LANC COLL,
                 218 WEST ORANGE ST,    LANCASTER, PA 17603-3746
516451204      +EDI: RMSC.COM Nov 10 2016 22:33:00      SYNCHRONY BANK/ OLD NAVY,    ATTN: BANKRUPTCY,
                 PO BOX 103104,    ROSWELL, GA 30076-9104
516451205      +EDI: RMSC.COM Nov 10 2016 22:33:00      SYNCHRONY BANK/GAP,    ATTN: BANKRUPTY,    PO BOX 103104,
                 ROSWELL, GA 30076-9104
516451206      +EDI: RMSC.COM Nov 10 2016 22:33:00      SYNCHRONY BANK/WALMART,    ATTN: BANKRUPTCY,
                 PO BOX 103104,    ROSWELL, GA 30076-9104
516451207      +EDI: WTRRNBANK.COM Nov 10 2016 22:33:00      TNB-VISA (TV) / TARGET,
                 C/O FINANCIAL & RETAIL SERVICES,    MAILSTOP BV   PO BOX 9475,    MINNEAPOLIS, MN 55440-9475
516451212      +EDI: WFFC.COM Nov 10 2016 22:33:00      WELLS FARGO DEALER SERVICES,    PO BOX 3569,
                 RANCHO CUCAMONGA, CA 91729-3569
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516451180       CAP1/SAKS
```

```
District/off: 0312-2           User: admin                  Page 2 of 2                   Date Rcvd: Nov 10, 2016
                               Form ID: 148                 Total Noticed: 35

516451175*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court: AMERICAN HONDA FINANCE,     PO BOX 168088,    IRVING, TX 75016)
516451177*     +BANK OF AMERICA,    NC4-105-03-14,    PO BOX 26012,    GREENSBORO, NC 27420-6012
516451178*     +BANK OF AMERICA,    NC4-105-03-14,    PO BOX 26012,    GREENSBORO, NC 27420-6012
516451183*     +CHASE BANK,    ATTN: BANKRUPTCY,    PO BOX 15298,    WILMINGTON, DE 19850-5298
516451197*     +HYUNDAI MOTOR FINANCE,    ATTN: BANKRUPTCY,    PO BOX 20809,    FOUNTAIN CITY, CA 92728-0809
516451203*     +PNC BANK, N.A.,    1 FINANCIAL PKWY,    KALAMAZOO, MI 49009-8002
516451210*     +WASHINGTON MUTUAL MORTGAGE/ CHASE,     ATTN: OH4-7126,    3415 VISION DR.,
                 COLUMBUS, OH 43219-6009
516451211*     +WASHINGTON MUTUAL MORTGAGE/ CHASE,     ATTN: OH4-7126,    3415 VISION DR.,
                 COLUMBUS, OH 43219-6009
                                                                                               TOTALS: 1, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016                                           Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., f/k/a
               The Bank of New York Trust Company, N.A., as Trustee, in trust for ChaseFlex Multi-Class
               Mortgage Pass-Through Certificates, Series 2007-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Joan Y. Yi rbear611@aol.com,    lowlaw505@gmail.com
              Tammy L. Terrell    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S.
               BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, AS
               TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WAMU MOR bankruptcy@feinsuch.com
                                                                                             TOTAL: 4